IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN CHARLES PICKETT,

      Plaintiff,                    No. CIV S-04-1502 WBS KJM P

    vs.

ANN C. McCLINTOCK,

      Defendants.          ORDER

                               /

        On April 24, 2008, plaintiff filed a pleading citing to standards of professional conduct by counsel. This civil rights action was closed on January 28, 2005. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: June 18, 2008.

                                     U.S. MAGISTRATE JUDGE

2
pick1502.58